

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-18-00614-CV

Dennis **BUXTON** and Son Chu Buxton,
Appellants

v.

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-20679
Honorable Rosemarie Alvarado-Hawkins, Judge Presiding

# O R D E R

The Motion to Extend Time to File Appellees' Brief is hereby GRANTED. Time is extended to January 29, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court